UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| June Eisenhower | : | |
| | : | |
| | : | |
| | : | Case No. 18-16638MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

### Addendum to Chapter 13 Plan

By way of clarification of the Amended Plan:

   **§ 5(b) Timely filed unsecured non-priority claims**

      (1) Liquidation Test *(check one box)*

         ☒ All Debtor(s) property is claimed as exempt.

         ☐ Debtor(s) has non-exempt property valued at $ _____ for purposes of § 1325(a)(4) and plan
            provides for distribution of $ _____ to allowed priority and unsecured general creditors.

Date: 3/30/2019                                          /s/ Brad J. Sadek, Esq.
                                                        1315 Walnut Street
                                                        #502 Philadelphia,
                                                        PA 19107