United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16638-mdc
June E. Eisenhower                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia        Page 1 of 1            Date Rcvd: May 30, 2019
                             Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
db             +June E. Eisenhower,   351 Vankirk Street,   Philadelphia, PA 19120-1134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor June E. Eisenhower brad@sadeklaw.com,  bradsadek@gmail.com
          KEVIN G. MCDONALD   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pa-bk@logs.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                      TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: June E. Eisenhower
        Debtor(s)

Chapter: 13

Bankruptcy No: 18−16638−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 30, 2019 upon consideration of the plan submitted by the debtor
under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it
appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                         Magdeline D. Coleman
                         Judge ,
                         United States Bankruptcy Court