United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16638-mdc |
| June E. Eisenhower | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 23, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | June E. Eisenhower, 351 Vankirk Street, Philadelphia, PA 19120-1134 |
| 14213637 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esq., 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14242299 | + | Midland Mortgage, c/o Kevin G. McDonald, Esq., KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 24 2023 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2023 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14208719 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2023 00:12:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14227074 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 24 2023 00:12:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14297957 | | Email/Text: megan.harper@phila.gov | Oct 24 2023 00:12:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14212009 | | Email/Text: mrdiscen@discover.com | Oct 24 2023 00:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14208722 | + | Email/Text: mrdiscen@discover.com | Oct 24 2023 00:12:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14208723 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2023 00:12:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14208720 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 24 2023 00:18:42 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14208721 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 24 2023 00:18:41 | Chase Mortgage, Attn: Case Research & Bankruptcy, Po Box 24696, Columbus, OH 43224 |
| 14245797 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 24 2023 00:18:31 | MidFirst Bank, c/o Midland Mortgage Co., 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14208725 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 24 2023 00:12:00 | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 14210727 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 24 2023 00:12:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14228160 | | Email/PDF: cbp@omf.com | Oct 24 2023 00:18:35 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN |

Case 18-16638-mdc    Doc 43    Filed 10/25/23    Entered 10/26/23 00:32:25    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47731-3251 |
| 14208726 | + | Email/PDF: cbp@omf.com | Oct 24 2023 00:18:41 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14245158 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2023 00:18:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14209599 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 24 2023 00:18:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14208727 | + | Email/Text: paparalegals@pandf.us | Oct 24 2023 00:12:00 | Patenaude & Felix A.P.C, Attn: Gregg Morris, 501 Corporate Drive, South Point Centre Suite 205, Canonsburg, PA 15317-8584 |
| 14208728 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2023 00:18:40 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14208729 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2023 00:18:41 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14212081 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 24 2023 00:18:41 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14208724 | | Kayla N. Eisenhower |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor June E. Eisenhower brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 23, 2023 | Form ID: 138OBJ | Total Noticed: 24

KEVIN S. FRANKEL
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: June E. Eisenhower
        Debtor(s)

Case No: 18−16638−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
              Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/23/23